Karin Anfinson
1875 Sunset Pt. Rd.
Apt 211
Clearwater, FL 33765

Four Seasons Floral
Attn: Francis Weit
2087 Deew St.
Clearwater, FL 33765



January 12, 2017

Four Seasons Floral
Attn: Francis Welt
2087 Drew St.
Clearwater, FL 33765


Dear Francis Welt:

I am writing to you in regards to my wages. As you know, I have not been paid for all of the hours that I have worked. In some cases the hours have been shaved. On other weeks, you have simply acknowledged that you owe the additional wages, but you have not paid them. This has averaged between fifty and one-hundred and fifty dollars a week. There were occasions when I worked overtime, as in more than forty hours a week, but I was never paid time and a half.

I would request time keeping records and any payroll documentation you have so that I can provide the most accurate accounting of time worked, but not paid. My estimate is that I am owed an average of least $100.00 a week for each week of my employment with you and your business. I have worked for you for approximately 18 months, but if you have records indicating more or less time, I am happy to review those with you. Please understand, I do not want paid for anytime I did not work, but I do very much need paid for the time that I have worked but not been compensated.

I would ask that you keep the time records preserved. I would ask that you not delete any texts or emails between us in regards to my prior requests for wages as well. In addition, please provide me with copies and also copies of any wage related payments that you have made to me for the work that I have done.

If you are not willing to share the time keeping and payroll records, I would ask that you simply pay me for the work that I have done, which is clearly in excess of $7,200.00, assuming that you are not willing to pay me for the overtime. I would also ask that you provide me with these funds within the next seven days.

Sincerely,

Karin Anfinson
1875 Sunset Pt Rd.
Apt 211
Clearwater, FL 33765