UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**KARIN ANFINSON, on her own
behalf and others similarly situated,**

    **Plaintiff,**

                                    Case Number: 8:17-cv-00210-EAK-JSS

**v.**

**TRUE BLUE OF PINELLAS, INC., and
FRANCES E. WELT in her individual capacity.**

    **Defendants.**

_____/

**PLAINTIFF'S MOTION FOR LEAVE
FOR A HEARING TO DETERMINE DAMAGES PURSUANT TO DKT. 19**

Plaintiff pursuant to this Court's December 8, 2017 Order, hereby respectfully moves this Court for leave to determine damages. In support of her motion, Plaintiff states as follows:

1. On January 26, 2017, Plaintiff timely filed a Fair Labor Standards Act complaint against the Defendant for wage and hour violations in regards to Plaintiff not being paid for all the hours that Plaintiff worked.  (Dkt. 1).

2. More than 21 days have passed since Plaintiff served her complaint upon Defendant and Defendant has not responded to the complaint.

3. Plaintiff filed for a Clerk's Entry of Default on February 22, 2017. (Dkt.12).

4. On February 22, 2017, the Clerk entered default against Defendants (Dkt. 13)

5. On June 5, 2017, Plaintiff moved this Court to enter a default judgment against Defendant. (Dkt. 17).

6. This Court denied Plaintiff's motion, without prejudice, on December 8, 2017. In the Court's Order, the Court stated that Plaintiff may seek leave for a hearing to determine damages. (Dkt. 19)

7. Plaintiff now files this motion in accordance with this Court's order.

## Memorandum of Law

1. Plaintiff now respectfully moves this Court for leave for a hearing to determine damages.

2. Plaintiff contends that she is owed $7,200.00 in unpaid wages and an equal amount in liquidated damages.

3. Additionally, Plaintiff is seeking $3,937.50 in attorney's fees and $510.00 in costs.

4. Plaintiff now seeks a hearing to determine damages.

5. Plaintiff has not had an opportunity to speak with Defense counsel as none has appeared.

WHEREFORE, based upon the arguments of law and fact presented above, Plaintiff asks this Honorable Court to grant a hearing to determine damages.

Respectfully submitted,
/S/ Kyle J. Lee

Attorney for Plaintiff

## Certificate of Service

I hereby certify that a true and correct copy of the above was filed in the Court's electronic filing system which is designed to provide copies to all attorneys of record on February 1, 2018.

/S/ Kyle J. Lee
Kyle J. Lee, Esq.
FLBN: 105321
1971 West Lumsden Road, Suite 303
Brandon, Florida 33511
Kyle@KyleLeeLaw.com
(813) 343-2813