UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KARIN ANFINSON, on her own behalf
and others similarly situated,

    Plaintiff,

v.                                      Case No: 8:17-cv-210-T-17JSS

TRUE BLUE OF PINELLAS, INC. and
FRANCES E. WELT, in her individual
capacity,

    Defendants.
_____

## ORDER

Before the Court is the Report and Recommendation (the "**R&R**") (Doc. No. 35) of United States Magistrate Judge Julie Sneed regarding the Amended Motion for Default Judgment against All Defendants (Doc. No. 20). The Court has reviewed the R&R and the entirety of the docket, and listened to the audio of the evidentiary hearing before the magistrate judge. The Court adopts the magistrate judge's order as its own, and incorporates her order and its reasoning into this opinion.

Accordingly, it is **ORDERED** and **ADJUDGED** that

1. the partial default judgment is entered on Count One against True Blue of Pinellas, Inc.;

2. The claims against Frances E. Welt are dismissed with prejudice;

3. The Clerk is directed to terminate Frances E. Welt as a defendant in this action;

4. Partial default judgment be entered in favor of Karin Anfinson and against True Blue of Pinellas, Inc. in the amount of $14,400 plus post-judgment interest; and

5. Ms. Anfinson be directed to file a motion for attorney's fees and costs within fourteen days of the entry of final judgment.

6. The Court will enter final judgment after Ms. Anfinson moves for, and receives, default judgment on Counts II and III or voluntarily dismisses those counts.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida this 14th day of September, 2018.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties