UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KARIN ANFINSON,

          Plaintiff,

v.                                                          Case No. 8:17-cv-210-T-60JSS

TRUE BLUE OF PINELLAS, INC.,

          Defendant.
_____/

## ORDER

On January 26, 2017, Plaintiff Karin Anfinson initiated this action against Defendants True Blue of Pinellas, Inc. and Frances E. Welt, alleging claims for unpaid overtime compensation under the Fair Labor Standards Act (Count I), unpaid minimum wages under Article X, Section 24 of the Florida Constitution (Count II), and unpaid wages under Chapter 448 of the Florida Statutes (Count III). (Doc. # 1). Anfinson filed proofs of service as to both True Blue and Welt (Doc. ## 9, 10), but neither answered the complaint. After entry of a Clerk's default against True Blue and Welt, Anfinson filed an amended motion for default judgment, which was referred to the Magistrate Judge. (Doc. ## 20, 26).

On September 14, 2018, the Court entered an Order adopting the Magistrate Judge's Report and Recommendation. (Doc. # 36). Pursuant to the Order, the claims against Welt were dismissed with prejudice and partial default judgement was entered in favor of Anfinson and against True Blue on

Count I in the amount of $14,400, plus post-judgment interest. (Id. at 1-2). The Order also explained that the Court will enter final judgment after Anfinson "moves for, and receives, default judgment on Counts II and III or voluntarily dismisses those counts." (Id. at 2).

Thereafter, on July 1, 2019, the Court directed Anfinson to file a status report by July 15, 2019, "explain[ing] whether she will continue to prosecute Counts II and III of [] her complaint, or whether she will voluntarily dismiss those claims." (Doc. # 41). The Court further noted that "[f]ailure to file a status report consistent with this Order will result in the Court dismissing Counts II and III of the complaint without prejudice without further notice for want of prosecution." (Id.). A review of the docket reveals that Anfinson has failed to file a status report. Therefore, Counts II and III are due to be dismissed.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1)   Counts II and III of the complaint are **DISMISSED WITHOUT PREJUDICE**.

(2)   The Clerk is directed to **CLOSE THE CASE**.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 25th day of July, 2019.

_____
TOM BARBER
UNITED STATES DISTRICT JUDGE